408 A.2d 542

Commonwealth v. McClendon, Appellant.

636

Submitted June 27, 1978. John W. Packel, Assistant Public Defender, Chief, Appeals Division, for appellant; Robert B. Lawler, Assistant District Attorney, Chief, Appeals Division, for Commonwealth, appellee.

Judgment of sentence affirmed.

CERCONE, P.J. concurred in the result.

SPAETH, J. notes dissent.

JACOBS, former P.J. and HOFFMAN, J. did not participate in the consideration or decision of this case.